UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-CV-80561-ROSENBERG/HOPKINS

TIMOTHY DILIBERTO,

    Plaintiff,

v.

HUBBS TIRE & SERVICE, INC., and
MICHAEL HUBBS,

    Defendants.
_____/

### ORDER STAYING CASE AND DIRECTING THE CLERK
### OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES

This cause is before the Mediator's Report [DE 58]. The Court has been informed that the parties have reached a settlement agreement. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. All pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. Plaintiff's Motion for Attorney's Fees and Costs [DE 49] **SHALL REMAIN PENDING.** But all other pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 7th day of November, 2016.

                                                  ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record